IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEROME DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV588 |
| | ) | |
| v. | ) | |
| | ) | |
| AT&T, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Judgment (Filing No. 13) by the Eighth Circuit Court of Appeals dismissing the appeal (Filing No. 8) by the plaintiff, Jerome Davis, and assessing the $455 appellate filing and docketing fees against Mr. Davis. Because the plaintiff is a prisoner subject to the Prison Litigation Reform Act, the Eighth Circuit's Judgment states in pertinent part: "The full appellate filing and docketing fee of $455.00 is hereby assessed against the appellant. The court remands the calculation of the installments and the collection of the fees to the district court."

The Eighth Circuit has instructed this Court to assess an initial partial filing fee in a reasonable amount based on information available to the court. *Henderson v. Norris*, 129 F.3d 481, 484 (8th Cir. 1997). Given the number of filing fees the plaintiff is presently obligated to pay, and the plaintiff's

most recently available trust account information in the Court's records (see Filing No. 59 in Case No. 4:05CV3258 -- the plaintiff's certified trust account statement filed on November 14, 2006, in connection with an appeal in that case), the Court assesses an initial partial appellate fee of $1.85, to be remitted as soon as that amount becomes available in the plaintiff's inmate trust account.  The remainder of the $455 appellate filing and docketing fees for this appeal shall be collected in installments in the manner specified by 28 U.S.C. § 1915(b)(2).

IT IS ORDERED:

1)  That the Eighth Circuit Court of Appeals has adjudged the plaintiff liable for the full $455 appellate filing and docketing fees;

2)  That, because the plaintiff is a prisoner, the fees may not be waived but may be paid in installments pursuant to 28 U.S.C. § 1915(b);

3)  That the plaintiff's custodian shall collect from the plaintiff's inmate trust account an initial partial appellate filing fee of $1.85, and shall remit that amount to the Clerk of Court as soon as funds become available;

4) That, thereafter, all present and future custodians of the plaintiff shall collect and remit the balance of the $455 appellate filing and docketing fees for this appeal in the manner required by 28 U.S.C. § 1915(b)(2); and

5) That the Clerk of Court shall send a copy of this Memorandum and Order to the appropriate financial officer for the plaintiff's institution.

DATED this 7th day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court